AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DONGHUI LIAO | ) | Case No. 5:24-cr-22-TPB-PRL |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Donghui Liao,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of 15 or more counterfeit or unauthorized access devices, in violation of 18 U.S.C. § 1029(a)(3).

Date: 3/5/24

Issuing officer's signature: M Taylor

City and state: Ocala, Florida

ELIZABETH WARREN, Clerk, United States District Court
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 03/08/2024, and the person was arrested on _(date)_ 03/08/2024
at _(city and state)_ Ocala, Florida.

Date: 03/08/2024

Arresting officer's signature

Jon Bergevin, HSI Special Agent
_Printed name and title_