UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 5:24-cr-22-TPB-PRL

DONGHUI LIAO,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Donghui Liao, in the above-styled cause.

The Clerk is requested to enter the appearance of Christine N. Bird, Assistant Federal Defender, as counsel for the Defendant.

DATED this 13th day of March, 2024.

                      A. Fitzgerald Hall, Esq.
                      Federal Defender, MDFL

                      s/ *Christine N. Bird*
                      Christine N. Bird, Esq.
                      Florida Bar No. 0971642
                      Assistant Federal Defender
                      203 E. Silver Springs, Blvd., Suite 202
                      Ocala, Florida 34470
                      Telephone: 352-351-9157
                      Fax: 352-351-9162
                      E-Mail: Christine_Bird@fd.org
                      Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 13th day of March, 2024.

                                               s/ *Christine N. Bird*
                                               Assistant Federal Defender