# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff;                                               Case No. **5:24-cr-00022-TPB-PRL**

v.

**DONGHUI LIAO**,

    Defendant.
_____/

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned attorney and hereby makes this his appearance as counsel in the above captioned case.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that this document was electronically filed today with the Clerk of the Court by using the ECF system which will send a copy of the same and electronic notice of this filing to all counsel of record.

Dated March 13, 2024

        ***<u>s/Jose Rodriguez</u>***
        **Jose Rodriguez, Esq.**
        Florida Bar No. 0915262
        **The Rivas Law Firm, P.A.**
        Attorneys for Defendant

        ***<u>s/ Jose I. Rivas</u>***
        **Jose I. Rivas, Esq.**
        Florida Bar No. 0036406
        **The Rivas Law Firm, P.a.**
        Attorneys for Defendant
        2307 Lee Road
        Winter Park, FL  32789
        Phone: (407) 644-2466
        Email: info@rivaslawfirm.com
        Email: Attorney@rivaslawfirm.com