**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                              **Case No.: 5:24-cr-22-TPB-PRL**

**DONGHUI LIAO**

_____/

**MOTION TO WITHDRAW AS COUNSEL**

The Defendant, Donghui Liao**,** by and through the undersigned attorney, hereby files a motion for his attorney to withdraw as counsel of record in this cause and states the following:

1.    The Office of the Federal Public Defender was appointed to represent the Defendant on March 8, 2024, at the Defendant's initial appearance.

2.    On March 13, 2024, Jose Rodriguez, Esquire, filed a Notice of Appearance as Mr. Liao's counsel.

3.    In light of Mr. Rodriguez's notice of appearance, the Office of the Federal Defender should be allowed to withdraw from the case.

WHEREFORE, the undersigned counsel hereby requests permission to withdraw as counsel and for recognition of Mr. Rodriguez as counsel for Mr. Liao.

Dated:   March 20, 2024.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

s/ Christine N. Bird
Christine N. Bird, Esq.
Florida Bar No. 0971642
Assistant Federal Defender
203 E. Silver Springs Blvd.
Suite 202
Ocala, FL 34470
Telephone: 352-351-9157
Fax: 352-351-9162
E-mail:Christine_bird@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Motion to Withdraw as Counsel* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this 20th day of March, 2024.

s/ *Christine N. Bird*
Assistant Federal Defender