# United States District Court
# Middle District of Florida
# Ocala Division

| UNITED STATES OF AMERICA<br>v.<br><br>DONGHUI LIAO | | CASE NO. 5:24-cr-22-TPB-PRL | |
|---|---|---|---|
| JUDGE | Thomas P. Barber<br>U.S. District Judge | COUNSEL FOR GOVERNMENT | Sarah Swartzberg |
| DEPUTY CLERK | Holly Iovino | COUNSEL FOR DEFENDANT | Jose Rodriguez |
| COURT REPORTER | Rebekah Lockwood | INTERPRETER | Not Required |
| DATE AND TIME | 06/17/2024<br><br>11:24 am - 11:27 am | TOTAL TIME | 3 minutes |

CLERK'S MINUTES – Status Conference

Called. Appearances made on the record.

Counsel provides the Court with a status of the case. Defense counsel requests additional time to continue discussions. Defendant speaks Mandarin so the discussions are taking additional time.

Defendant's Oral Motion to Continue Trial - GRANTED. The Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until the end of the August 2024 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Jury Trial is set for the trial term commencing August 5, 2024. A Status Conference is scheduled for July 15, 2024, at 11:00 am and will be conducted via Zoom video conference. A separate Zoom invitation will be emailed to the parties closer to the hearing date.