UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,          Case No. 5:24-cr-22-TPB-PRL

      Plaintiff,          ☐

      Government          ☒          ☐ Evidentiary
                                  ☐ Trial
                                  ☒ Other

v.

DONGHUI LIAO

      Defendant          ☐

# **<u>EXHIBIT LIST</u>**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Photo #1 from Plea Agreement (Doc. 35, Page 20) |
| 2 | | | | Photo #2 from Plea Agreement (Doc. 35, Page 21) |
| 3 | | | | Photo #3 from Plea Agreement (Doc. 35, Page 22) |
| 4 | | | | Photo #4 from Plea Agreement (Doc. 35, Page 23) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case No.:                                        Page 2 of 2 Pages

**EXHIBIT LIST - Continuation Sheet**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |