UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.                                                        CASE NO: 5:24-cr-22-TPB-PRL

DONGHUI LIAO

| JUDGE: | Thomas P. Barber | COUNSEL FOR GOVERNMENT: | Sarah Swartzberg |
|---|---|---|---|
| DEPUTY CLERK: | Holly Iovino | COUNSEL FOR DEFENDANT: | Jose Rodriguez |
| COURT REPORTER: | Rebekah Lockwood | PROBATION: | Katrina Clark |
| SCHEDULED DATE/TIME: | March 28, 2025 2:30 PM | INTERPRETER: | Hailin Huang |

MINUTES ON SENTENCING

Interpreter placed under oath.

**SENTENCE IMPOSED as to Count One of the Indictment.**

**INCARCERATION: 33 Months**

**SUPERVISED RELEASE**: **3 Years.**

*Special conditions of supervised release:*

Mandatory drug testing requirements are waived.

Defendant shall cooperate in the collection of DNA.

Defendant shall not have any contact, direct or indirect with victims.

Search conditions imposed.

Financial conditions imposed.

    Deportation Conditions Imposed.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**RESTITUTION ORDERED** : Amount $3,333.42, payable to Target Corporation.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be placed at USP Coleman, Florida.

Defendant advised of right to appeal.

Time in court: 10:41 am – 11:22 am; Total time in court: 41 Minutes